# EXHIBIT 2

| Teva Payments to CDF and TAF, 2006-2015* | | |
|---|---|---|
| Date | Recipient | Payment Amount |
| 12/31/2006 | Chronic Disease Fund | $6,067,000 |
| 9/24/2007 | Chronic Disease Fund | $480,000 |
| 10/1/2007 | Chronic Disease Fund | $3,600,000 |
| 1/3/2008 | Chronic Disease Fund | $2,800,000 |
| 1/4/2008 | Chronic Disease Fund | $7,000,000 |
| 2/1/2008 | Chronic Disease Fund | $630,000 |
| 7/2/2008 | Chronic Disease Fund | $1,500,000 |
| 12/31/2008 | Chronic Disease Fund | $3,800,000 |
| 1/5/2009 | Chronic Disease Fund | $10,000,000 |
| 1/6/2009 | Chronic Disease Fund | $2,000,000 |
| 1/26/2009 | Chronic Disease Fund | $2,175,000 |
| 2/26/2009 | Chronic Disease Fund | $1,300,000 |
| 3/31/2009 | Chronic Disease Fund | $500,000 |
| 4/22/2009 | Chronic Disease Fund | $575,000 |
| 5/28/2009 | Chronic Disease Fund | $1,150,000 |
| 12/17/2009 | The Assistance Fund | $80,000 |
| 12/30/2009 | The Assistance Fund | $5,500,000 |
| 1/6/2010 | The Assistance Fund | $2,000,000 |
| 1/6/2010 | Chronic Disease Fund | $10,000,000 |
| 1/13/2010 | The Assistance Fund | $5,000,000 |
| 1/25/2010 | The Assistance Fund | $3,200,000 |
| 3/16/2010 | The Assistance Fund | $1,800,000 |
| 4/5/2010 | The Assistance Fund | $1,200,000 |
| 6/30/2010 | The Assistance Fund | $1,450,000 |
| 1/3/2011 | The Assistance Fund | $14,650,000 |
| 1/3/2011 | Chronic Disease Fund | $10,500,000 |
| 1/18/2011 | The Assistance Fund | $2,725,000 |
| 2/11/2011 | The Assistance Fund | $1,500,000 |
| 5/17/2011 | The Assistance Fund | $1,050,000 |
| 6/30/2011 | The Assistance Fund | $1,000,000 |
| 8/17/2011 | The Assistance Fund | $720,000 |
| 11/17/2011 | The Assistance Fund | $15,000 |
| 12/27/2011 | The Assistance Fund | $10,000,000 |
| 12/29/2011 | The Assistance Fund | $2,000,000 |
| 1/4/2012 | The Assistance Fund | $8,000,000 |
| 1/13/2012 | Chronic Disease Fund | $13,200,000 |
| 1/30/2012 | The Assistance Fund | $2,750,000 |

| Date | Fund | Amount |
|---|---|---|
| 3/2/2012 | The Assistance Fund | $2,000,000 |
| 3/15/2012 | The Assistance Fund | $2,400,000 |
| 3/30/2012 | The Assistance Fund | $900,000 |
| 6/27/2012 | The Assistance Fund | $1,400,000 |
| 7/26/2012 | The Assistance Fund | $1,350,000 |
| 8/24/2012 | The Assistance Fund | $575,000 |
| 9/21/2012 | The Assistance Fund | $700,000 |
| 12/27/2012 | The Assistance Fund | $15,000,000 |
| 1/2/2013 | The Assistance Fund | $15,000,000 |
| 1/2/2013 | Chronic Disease Fund | $9,000,000 |
| 1/28/2013 | The Assistance Fund | $6,000,000 |
| 3/21/2013 | The Assistance Fund | $1,500,000 |
| 4/2/2013 | The Assistance Fund | $700,000 |
| 5/8/2013 | The Assistance Fund | $925,000 |
| 6/26/2013 | The Assistance Fund | $1,000,000 |
| 8/27/2013 | The Assistance Fund | $850,000 |
| 1/2/2014 | The Assistance Fund | $32,000,000 |
| 1/2/2014 | Chronic Disease Fund | $8,000,000 |
| 1/16/2014 | The Assistance Fund | $10,000,000 |
| 3/11/2014 | The Assistance Fund | $1,100,000 |
| 4/24/2014 | The Assistance Fund | $1,275,000 |
| 6/30/2014 | The Assistance Fund | $550,000 |
| 12/30/2014 | The Assistance Fund | $10,000,000 |
| 1/12/2015 | The Assistance Fund | $25,000,000 |
| 2/5/2015 | The Assistance Fund | $8,500,000 |
| 4/17/2015 | The Assistance Fund | $725,000 |
| 9/3/2015 | The Assistance Fund | $15,000 |
| 9/9/2015 | The Assistance Fund | $250,000 |
| 12/28/2015 | The Assistance Fund | $30,000,000 |
| | Total | $328,632,000 |

\* Based on financial data provided Teva, Chronic Disease Fund, and The Assistance Fund.