# EXHIBIT 4

| Foundation | CMS Beneficiary Name | Beneficiary state | Date of Foundation Payment | Payment Amount | Date of Service | AMT Above OOPT | AMT Below OOPT |
|---|---|---|---|---|---|---|---|
| CDF | AM | MA | 1/22/2008 | $25.00 | 1/22/2008 | $0.00 | $1,719.16 |
| CDF | AM | MA | 7/28/2008 | $106.14 | 7/28/2008 | $2,122.74 | $0.00 |
| CDF | AM | MA | 11/25/2008 | $116.64 | 11/25/2008 | $2,332.89 | $0.00 |
| CDF | AM | MA | 12/29/2008 | $116.64 | 12/29/2008 | $2,332.89 | $0.00 |
| CDF | BB | MA | 2/4/2009 | $752.06 | 2/4/2009 | $0.00 | $2,278.97 |
| CDF | BB | MA | 3/5/2009 | $2,075.94 | 3/5/2009 | $0.00 | $2,278.97 |
| CDF | BB | MA | 4/6/2009 | $1,559.85 | 4/6/2009 | $756.97 | $1,522.00 |
| CDF | BB | MA | 4/29/2009 | $125.23 | 4/29/2009 | $2,504.59 | $0.00 |
| CDF | BB | MA | 5/28/2009 | $125.23 | 5/28/2009 | $2,504.59 | $0.00 |
| TAF | MG | MA | 2/3/2011 | $1,380.94 | 2/3/2011 | $939.72 | $2,667.90 |
| TAF | MG | MA | 3/1/2011 | $180.38 | 3/1/2011 | $3,607.62 | $0.00 |
| TAF | MG | MA | 4/1/2011 | $180.38 | 4/1/2011 | $3,607.62 | $0.00 |
| TAF | MG | MA | 6/22/2011 | $180.38 | 6/22/2011 | $3,607.62 | $0.00 |
| TAF | MG | MA | 8/3/2011 | $180.38 | 8/3/2011 | $3,607.62 | $0.00 |
| TAF | MG | MA | 10/19/2011 | $180.38 | 10/19/2011 | $3,607.62 | $0.00 |
| TAF | PL | MA | 8/16/2010 | $3,005.36 | 8/16/2010 | $161.61 | $2,997.28 |
| TAF | PL | MA | 9/13/2010 | $157.94 | 9/13/2010 | $3,158.89 | $0.00 |
| TAF | PL | MA | 11/15/2010 | $157.94 | 11/15/2010 | $3,158.89 | $0.00 |
| TAF | PL | MA | 12/13/2010 | $157.94 | 12/13/2010 | $3,158.89 | $0.00 |
| CDF | TC | MA | 6/26/2014 | $6.35 | 6/26/2014 | $4,734.07 | $0.00 |
| CDF | TC | MA | 7/23/2014 | $6.35 | 7/23/2014 | $4,734.07 | $0.00 |
| CDF | TC | MA | 8/29/2014 | $6.35 | 8/29/2014 | $4,734.07 | $0.00 |
| CDF | TC | MA | 9/22/2014 | $6.35 | 9/22/2014 | $4,734.07 | $0.00 |
| CDF | TC | MA | 12/2/2014 | $6.35 | 12/2/2014 | $4,734.07 | $0.00 |
| CDF | TC | MA | 12/30/2014 | $6.35 | 12/30/2014 | $4,734.07 | $0.00 |
| CDF | TP | MA | 8/24/2015 | $252.45 | 8/24/2015 | $5,049.06 | $0.00 |
| CDF | TP | MA | 9/17/2015 | $252.45 | 9/17/2015 | $5,049.06 | $0.00 |
| CDF | TP | MA | 10/13/2015 | $252.45 | 10/13/2015 | $5,049.06 | $0.00 |
| CDF | TP | MA | 11/16/2015 | $256.66 | 11/16/2015 | $5,133.20 | $0.00 |
| CDF | TP | MA | 12/9/2015 | $256.66 | 12/9/2015 | $5,133.20 | $0.00 |