# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN,<br>        *Plaintiffs*,<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES AND MARKETING, INC., and TEVA NEUROSCIENCE, INC.,<br>        *Defendants*. | Civil Action No. 5:22-cv-00159-gwc |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE ESI PROTOCOL AND STIPULATED PROTECTIVE/CONFIDENTIALITY ORDER UNDER THE STIPULATED DISCOVERY SCHEDULE/ORDER (ECF NO. 52)

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7, the parties respectfully request a two-week extension of time, until **February 27, 2023**, to file an ESI Protocol and a Stipulated Protective/Confidentiality Order as required by the Stipulated Discovery Schedule/Order (ECF No. 52) entered by the Court.  The parties are currently reviewing drafts of the aforementioned documents, have exchanged various revisions and comments, and will be meeting and conferring to finalize the documents.  Good cause exists for the requested extension as it will allow the parties sufficient time to work through any remaining issues concerning the ESI Protocol and Stipulated Protective/Confidentiality Order in the most efficient manner without extending or impacting any other deadlines in the Stipulated Discovery Schedule/Order.

WHEREFORE, the parties respectfully request that the Court grant their motion for an extension of time as indicated herein.

| | |
|---|---|
| Dated: February 10, 2023 | Respectfully submitted, |
| | By: /s/ Michael Donofrio_____ |

| | |
|---|---|
| Lynn Lincoln Sarko (*pro hac vice*) | Bridget Asay |
| Gretchen Freeman Cappio (*pro hac vice*) | Michael Donofrio |
| Matthew M. Gerend (*pro hac vice*) | STRIS & MAHER LLP |
| Natida Sribhibhadh (*pro hac vice*) | 15 East State Street, Suite 2 |
| Sydney Read (*pro hac vice*) | Montpelier, Vermont 05602 |
| KELLER ROHRBACK LLP | (802) 858-4285 |
| 1201 Third Avenue, Suite 3200 | (802) 858-4465 |
| Seattle, WA 98101 | basay@stris.com |
| Tel: (206) 623-1900 | mdonofrio@stris.com |
| Fax: (206) 623-3384 | |
| lsarko@kellerrohrback.com | Elizabeth R. Brannen (*pro hac vice*) |
| gcappio@kellerrohrback.com | STRIS & MAHER LLP |
| mgerend@kellerrohrback.com | 777 S. Figueroa St., Suite 3850 |
| natidas@kellerrohrback.com | Los Angeles, CA 90017 |
| sread@kellerrohrback.com | (213) 995-6800 |
| | ebrannen@stris.com |
| Alison E. Chase (*pro hac vice*) | |
| KELLER ROHRBACK L.L.P. | |
| 801 Garden Street, Suite 301 | |
| Santa Barbara, CA 93101 | |
| Tel: (805) 456-1496 | |
| achase@kellerrohrback.com | ***Attorneys for Plaintiffs*** |

By: /s/ Matthew S. Borick

Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street, Suite 600
Burlington, VT 05401
(802) 863-2375
(802) 862- 7512
mborick@drm.com

Christopher T. Holding (*pro hac vice*)
Daryl L. Wiesen *(pro hac vice)*
Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
CHolding@goodwinlaw.com
DWiesen@goodwinlaw.com
ARubio-Spring@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
BBurgess@goodwinlaw.com

*Attorneys for Defendants*

## LOCAL RULE 7(a)(7) CERTIFICATION

The undersigned certifies that counsel for the parties conferred in good faith and have reached agreement as to the relief requested in this Motion.

/s/ Matthew S. Borick

3

**IT IS SO ORDERED:**

_____  _____
Date                               Gregory W. Crawford, U.S. District Court Judge

21873431.2