NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Blue Cross and Blue Shield of Vermont, et al

     v.                                              Case No. 5:22-cv-159

Teva Pharmaceutical Industries, Ltd., et al

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Friday, July 14, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a hearing on Motions to Dismiss (Docs 48 & 49).

Location: 110                                                       JEFFREY S. EATON, Clerk
                                                                       By: */s/ Emerson Howe*
                                                                       Deputy Clerk
                                                                       5/16/2023

TO:

Alison E. Chase, Esq.
Bridget C. Asay, Esq.
Elizabeth R. Brannen, Esq.
Gretchen F. Cappio, Esq.
Lynn L. Sarko, Esq.
Matthew M. Gerend, Esq.
Michael N. Donofrio, Esq.
Natida E. Sribhibhadh, Esq.
Peter K. Stris, Esq.
Sydney J. Read, Esq.

Alicia Rubio-Spring, Esq.
Brian T. Burgess, Esq.
Christopher T. Holding, Esq.
Daryl L. Wiesen, Esq.
Matthew S. Borick, Esq.

Sunnie Donath, Court Reporter