U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 MAY 16 PM 4: 08

CLERK

BY_____
DEPUTY CLERK

BLUE CROSS AND BLUE SHIELD OF      )
VERMONT and THE VERMONT            )
HEALTH PLAN,                       )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )        Case No. 5:22-cv-159
                                   )
TEVA PHARMACEUTICALS               )
INDUSTRIES LTD., TEVA              )
PHARMACEUTICALS USA, INC., TEVA    )
SALES & MARKETING, INC. and TEVA   )
NEUROSCIENCE, INC.,                )
                                   )
        Defendants.                )

## ORDER CONCERNING APPOINTMENT OF SPECIAL SETTLEMENT MASTER

The court proposes to appoint attorney Christina Nolan as special settlement master in

this case. Ms. Nolan is a partner at the Burlington firm of Sheehey Furlong & Behm. She served

previously as U.S. Attorney for the District of Vermont. She reports that a conflict check

identifies no prior involvement with this case or the parties. The parties will share the cost of her

employment evenly at her normal hourly rate.

If any party has an objection or concern about this process or the appointment of Ms.

Nolan, they should file it within fifteen (15) days.

In other complex cases, the court has been greatly assisted by the appointment of a

settlement master. Roles and approaches have varied, but the great advantage is that the parties

have access to a skilled neutral who will not convey the information he or she learns to the judge.

Ms. Nolan will provide the court with no more than a general outline of progress towards

settlement, omitting any detail about the parties' negotiating position.  An early appointment is helpful because the master learns about the case over time and is available to mediate and facilitate settlement discussions as soon as the parties are ready to engage in that process.

Dated at Burlington, in the District of Vermont, this 16th day of May, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court