UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN,<br>        *Plaintiffs*,<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES AND MARKETING, INC., and TEVA NEUROSCIENCE, INC.,<br><br>        *Defendants*. | Civil Action No. 5:22-cv-00159 |

**STIPULATED ENE EVALUATOR SELECTION RESPONSE**

Pursuant to Local Rule 16.1(e), the Stipulated Case Schedule/Order (ECF 52), and the Court's Order Concerning Appointment of Special Settlement Master (ECF 69), Plaintiffs Blue Cross and Blue Shield of Vermont and The Vermont Health Plan ("Plaintiffs") and Defendants Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Defendants" and together with Plaintiffs, the "Parties") hereby report the Parties' consent to the Court's appointment of **Christina Nolan, Esq.** as special settlement master and also the Parties' stipulation and agreement as to Attorney Nolan serving as ENE Evaluator for this case under Local Rule 16.1. The Parties have agreed to meet and confer with each other and with Attorney Nolan to schedule an initial ENE session to occur within 30-60 days after the Court's rulings on the pending motions to dismiss to the extent that not all claims are dismissed.

Dated:  May 26, 2023

Respectfully submitted,

By:   /s/ Michael Donofrio
Michael Donofrio
Bridget Asay
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, Vermont 05602
(802) 858-4465
(802) 858-4285
mdonofrio@stris.com
basay@stris.com

Lynn Lincoln Sarko (*pro hac vice*)
Gretchen Freeman Cappio (*pro hac vice*)
Matthew M. Gerend (*pro hac vice*)
Natida Sribhibhadh (*pro hac vice*)
Sydney Read (*pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
mgerend@kellerrohrback.com
natidas@kellerrohrback.com
sread@kellerrohrback.com

Peter Stris (*pro hac vice*)
Elizabeth R. Brannen (*pro hac vice*)
STRIS & MAHER LLP
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800
pstris@stris.com
ebrannen@stris.com

Alison E. Chase (*pro hac vice*)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
achase@kellerrohrback.com

*Attorneys for Plaintiffs*

By: /s/ Matthew S. Borick
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street, Suite 600
Burlington, VT 05401
(802) 863-2375
(802) 862- 7512
mborick@drm.com

Christopher T. Holding (*pro hac vice*)
Daryl L. Wiesen (*pro hac vice*)
Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
CHolding@goodwinlaw.com
DWiesen@goodwinlaw.com
ARubio-Spring@goodwinlaw.com

*Attorneys for Defendants*

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
BBurgess@goodwinlaw.com

22080988.2