**UNITED STATES DISTRICT COURT**

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

FEDERAL BUILDING

**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

**JEFFREY S. EATON**
CLERK

May 26, 2023

Bridget C. Asay, Esq.
Michael N. Donofrio, Esq.
Stris & Maher LLP
28 Elm Street, 2nd Floor
Montpelier, VT 05602

Matthew S. Borick, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Re:   *Blue Cross and Blue Shield of Vermont et al v. Teva Pharmaceutical Industries, Ltd. et al*
      Docket No. 5:22-cv-159

Dear Counsel:

    Pursuant to the Stipulated ENE Evaluator Selection Response (Document 70), the parties agreed to Christina Nolan, Esq. as early neutral evaluator.  Ms. Nolan is not on the Court's official roster at this time.  However, Local Rule 16.1(d)(4) permits parties to stipulate to an evaluator of their choice by filing an Early Neutral Evaluation Stipulation. The Stipulation must be signed by *all* parties, *including* the evaluator, and contain the specific information as set forth in the rule.  Accordingly, please file a Stipulation at your earliest convenience.

    If you have any questions regarding the above, please feel free to contact me.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

cc:
Alison E. Chase, Esq.
Elizabeth R. Brannen, Esq.
Gretchen F. Cappio, Esq.
Lynn L. Sarko, Esq.
Matthew M. Gerend, Esq.
Natida E. Sribhibhadh, Esq.

Peter K. Stris, Esq.
Sydney J. Read, Esq.
Alicia Rubio-Spring, Esq.
Brian T. Burgess, Esq.
Christopher T. Holding, Esq.
Daryl L. Wiesen, Esq.