U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUL 11 AM 10: 20

BY ___EH___ CLERK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BLUE CROSS and BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>NASIR HUSSAIN,<br><br>Defendant. | Case No. 5:22-cv-159 |

## ORDER CONCERNING DISCOVERY MATTER

Following agreement of the parties, the court ORDERS that the duties of the special settlement master Christina Nolan are expanded to include the supervision and initial resolution of discovery disputes as special discovery master.

As discovery master, Ms. Nolan is authorized to meet with the parties, accept and review written submissions, and draft proposed resolutions of their discovery report for submission to the court. The parties shall receive notice and an opportunity to oppose or seek to modify any proposed resolution.

The parties shall be responsible for the time charges and expenses of Ms. Nolan in her capacity as discovery master to be shared equally between the two sides.

Dated at Burlington, in the District of Vermont, this 10th day of July, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court