UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES AND MARKETING, INC., and TEVA NEUROSCIENCE, INC.,<br><br>Defendants. | Civil Action No. 5:22-cv-00159-gwc |

**INITIAL RESOLUTION OF CASE SCHEDULE**

Pursuant to the Court's Order authorizing me to supervise and provide the initial resolution of discovery disputes as special discovery master in this action, ECF No. 105, and having considered the parties' submissions, I propose the following resolution to the parties' competing proposals for the case schedule:

| Event | Deadline |
|---|---|
| Motion for Joinder and to Amend the Pleadings | September 13, 2024 |
| Substantial Completion of Document Production | January 23, 2025 |
| End of Fact Discovery (Document Discovery and Fact Depositions)[1] | May 23, 2025 |
| Motion for Class Certification (and Supporting Expert Reports) | July 2, 2025 |
| Opposition to Class Certification (and Responsive Expert Reports) | August 27, 2025 |
| Class Certification Reply (and Rebuttal Expert Reports) | October 8, 2025 |
| Merits Expert Reports (party with the burden on the issue) | November 21, 2025 |
| Responsive expert reports | January 16, 2026 |
| Rebuttal expert reports | February 27, 2026 |
| Close of Discovery[2] | April 10, 2026 |
| Summary Judgment and *Daubert* Motions | May 11, 2026 |
| Oppositions to Summary Judgment and *Daubert* Motions | June 22, 2026 |
| Replies in Support of Summary Judgment and *Daubert* Motions | August 3, 2026 |
| Oral Argument on Summary Judgment and *Daubert* Motions | At the Court's convenience |
| Trial | At the Court's convenience |

/s/ *Christina Nolan*

Christina Nolan
Special Discovery Master

DATED this 24th day of July, 2024.

---

[1] All requests for production shall be served no later than 60 days before the fact discovery cutoff.
[2] All interrogatories and requests for admission shall be served no later than 30 days before the close of discovery.