UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 26 PM 12: 33

CLERK
BY _____
DEPUTY CLERK

BLUE CROSS AND BLUE SHIELD OF )
VERMONT and THE VERMONT HEALTH )
PLAN, )
)
   Plaintiffs, )
)
v. ) Case No. 5:22-CV-159
)
TEVA PHARMACEUTICAL )
INDUSTRIES, LTD., TEVA )
PHARMACEUTICALS USA, INC., TEVA )
NEUROSCIENCE, INC. and TEVA SALES )
AND MARKETING, )
)
   Defendants. )

## ORDER ON OBJECTIONS TO THE
## RECOMMENDATIONS OF THE SPECIAL MASTER

    The court will certainly hear objections to any proposed discovery or scheduling order submitted by the special master Christina Nolan. But the response and reply times allowed by rule for such non-dispositive motions will slow the discovery process down considerably.

    To keep things moving quickly and seeking to be fair to both sides, the court orders:

1. Following submission of a proposed order to the court by the settlement master, any party may file an objection or request for addition or correction within five (5) business days.

2. Any response is due within five (5) business days.

3. Any reply is due within three (3) business days.

    Unless a party has filed an objection, the court will review and sign the proposed order after the initial five-day period to object has run.

Either side may file an objection to the existing Case Schedule (Doc. 108) within five (5) business days of the docketing of this order. The procedures outlined above apply.

The court will not schedule a hearing on most scheduling or discovery orders unless specifically requested for good cause.

Dated at Burlington, in the District of Vermont, this 26th day of August, 2024.

/s/ Geoffrey W. Crawford
Judge, U.S. District Court