UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JAN 28  A 10: 03

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES & MARKETING, INC., and TEVA NEUROSCIENCE, INC., <br><br> Defendants. | Case No. 5:22-cv-159 |

## ORDER APPOINTING SPECIAL MASTER FOR SETTLEMENT

The court adopts the joint recommendation of the parties and appoints retired U.S. District Court Judge Layn Phillips as special settlement master, consistent with Fed. R. Civ. P. 53. He replaces attorney Christina Nolan (*see* Doc. 69), who is awaiting confirmation to a judicial position. The parties shall be responsible for Judge Phillips's time and expenses in equal shares or as otherwise agreed.

The court will work with Judge Phillips on the same basis as with Ms. Nolan: keeping in touch about progress of the settlement talks without getting into detail about the conversations both sides may have with the settlement master. The court previously proposed a comprehensive settlement meeting in June 2026. The court will defer to Judge Phillips about when and where he may wish to meet with the parties.

The deadline for filing the class certification motion remains April 17, 2026, followed by a response and a reply and a class certification hearing in September 2026.   That schedule will provide some guidance to Judge Phillips as he plans his mediation schedule.

The court will schedule the next status conference in February 2026.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 27th day of January, 2026.

Geoffrey W. Crawford, Judge
United States District Court