U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT    2026 MAY -5  PM 4: 01
DISTRICT OF VERMONT

CLERK

BY_____

DEPUTY CLERK

|  |  |  |
|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF VERMONT and THE VERMONT HEALTH PLAN, | : : : | Civil Action No. 5:22-cv-00159 |
| *Plaintiffs,* | : | |
| v. | : : | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES AND MARKETING, INC., and TEVA NEUROSCIENCE, INC., | : : : : : | |
| *Defendants.* | : : : : | |

## JOINT STIPULATION AND ORDER REGARDING OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO COMPEL DOCUMENTS PURSUANT TO CRIME-FRAUD EXCEPTION

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the schedule for filing any objections in connection with the Special Master's Recommendation issued on April 24, 2026 as to Plaintiffs' Motion To Compel Production of Documents Pursuant to the Crime-Fraud Exception ("Motion").

1.      On January 26, 2026, Plaintiffs filed the motion seeking to compel production of certain documents identified by the Teva Defendants ("Teva") as privileged pursuant to the crime-fraud exception.  Plaintiffs requested that Teva should first be required to submit the identified documents to the Special Master for *in camera* review, with the Special Master then issuing a subsequent order with respect to production of any documents.

2.      On February 2, 2026, the Special Master granted Teva an extension of time and pages to respond to Plaintiffs' Motion and granted Plaintiffs leave to file a reply brief.

ACTIVE/206775039.1

3.      On February 20, 2026, Teva timely filed its opposition to the Motion. Teva argued that Plaintiffs did not satisfy the legal standard for *in camera* review of any of the identified documents. Teva further argued that in the event *in camera* review were ordered, it would be entitled to further process to contest whether any submitted documents satisfy the legal standard for compelled production.

4.      On February 27, 2026, Plaintiffs timely filed their reply to Teva's opposition to the Motion.

5.      On April 24, 2026, the Discovery Special Master issued a Recommendation on the Motion (the "*In Camera* Recommendation"). The Special Master recommended that the Motion be granted in part and denied in part. Specifically, the Special Master recommended that Teva should be required to submit for *in camera* review the identified documents designated as related to Teva's Citizen Petitions to the U.S. Food and Drug Administration ("FDA"). The Special Master also recommended that *in camera* review should not be ordered as to the two other categories of documents identified in the Motion, regarding Teva's patent-infringement lawsuits for 40mg Copaxone and Teva's 2020 lawsuit against the FDA, respectively.

6.      The *In Camera* Recommendation directs that "[i]f there is no objection to this Recommendation," then the identified Citizen Petition documents must be produced within 15 days from when the *In Camera* Recommendation issued—*i.e.*, by May 11, 2026.

7.      Pursuant to the Court's Order on Discovery Dispute Procedures (the "Discovery Dispute Procedures"), each party generally has five (5) business days to object to a recommendation submitted by the Special Master. ECF No. 175, at 5. The Discovery Dispute Procedures further specify that the parties may modify the Discovery Dispute Procedures via a stipulated proposed Order. ECF No. 175, at 9.

2

8. Under the specific circumstances raised by the Motion, the parties agree that it would promote efficient resolution of this dispute to reserve any objections to the Recommendation until after the Special Master has issued an additional recommendation following *in camera* review, at which point either Plaintiffs or Teva could file timely objections that would cover either or both the *In Camera* Recommendation and the Special Master's subsequent recommendation regarding production following *in camera* review. For the avoidance of doubt, the parties further stipulate that, following the additional recommendation, the parties shall be free in a timely filed objection to raise any issue or argument that they could have raised in a timely objection to the *In Camera* Recommendation, and that neither party will have forfeited or waived any issue or argument by virtue of this agreement to defer their objections to the *In Camera* Recommendation.

9. In addition, to minimize filings and briefing relating to potential sealing of filings related to this motion, the parties jointly request that the Court delay the requirement of ECF 175 to file the *In Camera* Recommendation on the docket at this time. The parties will comply with the provisions of ECF 175 regarding filing of the *In Camera* Recommendation after the Special Master issues the subsequent recommendation following *in camera* review.

10. Following the Special Master's *in camera* review of the Citizens Petition documents and recommendation, the parties further reserve the right to seek additional time and pages to object to the Special Master's collective recommendations on the Motion under the Discovery Dispute Procedures.

Dated: April 29, 2026

/s/  Bridget Asay
Bridget Asay
Michael N. Donofrio
Nikolas P. Kerest
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, Vermont 05602
Tel: (802) 858-4285
Tel: (802) 858-4465
basay@stris.com
mdonofrio@stris.com
nkerest@stris.com

Peter K. Stris (*Pro Hac Vice*)
Elizabeth R. Brannen (*Pro Hac Vice*)
Rachana (Radha) Pathak (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
STRIS & MAHER LLP
17785 Center Court Dr. N., Ste 600
Cerritos, CA 90703
Tel: (213) 995-6809
pstris@stris.com
ebrannen@stris.com
rpathak@stris.com
pbrody@stris.com

Lynn Lincoln Sarko (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)
Matthew M. Gerend (*Pro Hac Vice*)
Natida E. Sribhibhadh (*Pro Hac Vice*)
Eric G. Lombardo (*Pro Hac Vice*)
Vinh Le (*Pro Hac Vice*)
Emma Wright (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@ kellerrohrback.com
gcappio@kellerrohrback.com
mgerend@kellerrohrback.com
natidas@kellerrohrback.com
elombardo@kellerrohrback.com
vle@kellerrohrback.com
ewright@kellerrohrback.com

Alison E. Chase (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
achase@kellerrohrback.com

/s/   Matthew S. Borick
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street, Suite 600
Burlington, VT 05401
Tel: (802) 863-2375
mborick@drm.com

Christopher T. Holding *(pro hac vice)*
Daryl L. Wiesen *(pro hac vice)*
Alicia Rubio-Spring (*pro hac vice*)
Jordan F. Bock (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
CHolding@goodwinlaw.com
DWiesen@goodwinlaw.com
ARubio-Spring@goodwinlaw.com
JBock@goodwinlaw.com
TDeVoe@goodwinlaw.com

Brian T. Burgess *(pro hac vice)*
Katherine M. Cheng *(pro hac vice)*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
BBurgess@goodwinlaw.com
KatherineCheng@goodwinlaw.com

Matthew Wisnieff *(pro hac vice)*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
MWisnieff@goodwinlaw.com

*Attorneys for Defendants*

4

In Re:  BCBS of Vermont v. Teva Pharmaceutical Industries          Case No. 5:22-CV-159

Matthew Melamed
KELLER ROHRBACK L.L.P.
180 Grand Ave., Suite 1380
Oakland, CA 94612
Tel: (510) 463-3900
Fax: (510) 463-3901
mmelamed@kellerrohrback.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 5th day of May, 2026.

Geoffrey W. Crawford
U.S. District Court Judge